THOMAS VITELLI, Appellant, v. ROSE VITELLI, Respondent.— Judgment

---

* See New York Building Zone Resolution of 1916, art. 5, § 20, as amd.; now New York Building Zone Resolution of 1924, art. 5, § 21; Cosby's Code of Ordinances [Anno. 1924], pp. 636, 637; Cosby's Code of Ordinances [Anno. 1925], p. 651.— [REP.

unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.